# United States Bankruptcy Court
### District of Arizona

In re **ARMIDA ARAGON**  
Debtor(s)

Case No. _____  
Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **ARMIDA ARAGON**, declares the foregoing to be true and correct under penalty of perjury.

Date **May 21, 2009**         Signature **/s/ ARMIDA ARAGON**  
**ARMIDA ARAGON**  
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# Earnings Statement

**CSK AUTO, INC.**
645 E. MISSOURI AVE
SUITE 400
PHOENIX, AZ 85012

CO. FILE DEPT. CLOCK NUMBER
THR 019454 350104 00860 0050621881 1    001-0078

Period Beginning: 04/13/2009
Period Ending: 04/25/2009
Pay Date: 05/01/2009

ARMIDA ARAGON
2620 N 72ND DR
PHOENIX AZ 85035

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  AZ: Tax is 21.9% of Federal

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.8500 | 71.75 | 1,208.99 | 10,294.88 |
| Vacation | 16.8500 | 8.00 | 134.80 | |
| Bonus - Misc | | | | 806.00 |
| D C Acc Bns | | | | 16.25 |
| D C Safety Bn | | | | 15.75 |
| Holiday | | | | 63.16 |
| Men Incr Bns | | | | 264.00 |
| Personal | | | | 235.92 |
| R D C Acc Bn | | | | 264.00 |
| Sick | | | | 34.28 |
| | | | | 401.60 |
| **Gross Pay** | | | **$1,343.79** | 12,395.74 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,232.78
Your AZ taxable wages this period are $1,232.79

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -74.13 | 814.54 |
| Social Security Tax | -76.43 | 706.59 |
| Medicare Tax | -17.87 | 165.25 |
| AZ State Income Tax | -16.24 | 156.96 |
| **Other** | | |
| Dental | -9.59* | 86.31 |
| Life - A T | -18.46 | 168.14 |
| Life - Depnd | -1.50 | 13.50 |
| Life A D D - A T | -5.82 | 52.38 |
| Medical | -96.35* | 867.15 |
| St Dis | -3.23 | 29.07 |
| Vision | -5.07* | 45.63 |
| **Net Pay** | **$1,019.10** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Personal Balance | | 7.00 |
| Sick Balance | | 12.97 |
| Vac Over Max | | 18.52 |
| Vacation Balance | | 58.00 |

©1998, 2006 ADP, Inc. All Rights Reserved



# Earnings Statement

| | |
|---|---|
| Period Beginning: | 03/30/2009 |
| Period Ending: | 04/12/2009 |
| Pay Date: | 04/17/2009 |

CSK AUTO, INC.
645 E. MISSOURI AVE
SUITE 400
PHOENIX, AZ 85012

CO. FILE DEPT. CLOCK NUMBER
THR 019454 880104/005960 0025D812678

062-0073

ARMIDA ARAGON
2620 N 72ND DR
PHOENIX AZ 85035

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  AZ: Tax is 19% of Federal

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.8500 | 63.00 | 1,061.58 | 9,085.89 |
| Vacation | 16.8500 | 16.00 | 269.60 | 671.20 |
| D C Acc Bns | | | | 15.75 |
| O-O Safety Bn | | | | 53.16 |
| Holiday | | | | 264.00 |
| Merit Incr Bns | | | | 235.82 |
| Personal | | | | 284.00 |
| R D C Acc Bn | | | | 34.28 |
| Sick | | | | 401.60 |
| | | | | 11,035.70 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,220.14
Your AZ taxable wages this period are
$1,220.14

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.23 | 740.41 |
| | Social Security Tax | -75.65 | 629.15 |
| | Medicare Tax | -17.69 | 147.14 |
| | AZ State Income Tax | -13.73 | 140.72 |
| | **Other** | | |
| | Dental | -9.59* | 76.72 |
| | Life - A T | -18.46 | 147.68 |
| | Life - Depnd | -1.50 | 12.00 |
| | Life A D O-A T | -5.82 | 46.56 |
| | Medical | -96.35* | 770.80 |
| | St Dis | -3.23 | 25.84 |
| | Vision | -5.07* | 40.56 |

**Other Benefits and Information** | this period | total to date
---|---|---
Personal Balance | | 7.00
Sick Balance | | 12.07
Vac Over Max | | 18.52
Vacation Balance | | 66.00

# Earnings Statement

CO/TNR: 019454  FILE: 860104  DEPT: 00660  CLOCK: 00000855728  NUMBER: 001-0079

CSK AUTO, INC.
645 E. MISSOURI AVE
SUITE 400
PHOENIX, AZ 85012

Period Beginning: 03/16/2009
Period Ending: 03/29/2009
Pay Date: 04/03/2009

ARMIDA ARAGON
2620 N 72ND DR
PHOENIX AZ 85035

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 9
  AZ: Tax is 19% of Federal

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.8500 | 72.00 | 1,213.21 | 8,024.34 |
| R D C Acc Bn | | | 34.28 | 34.28 |
| Vacation | 16.8500 | 8.00 | 134.80 | 401.60 |
| D C Acc Bns | | | | 15.75 |
| D C Safety Bn | | | | 53.16 |
| | | | | 264.00 |
| Holiday | | | | 235.92 |
| Merit Incr Gms | | | | 264.00 |
| Personal | | | | 401.60 |
| Sick | | | | 9,704.55 |

Gross Pay: [shaded]

## Deductions

**Statutory**
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -83.33 | 668.18 |
| Social Security Tax | -78.82 | 953.50 |
| Medicare Tax | -18.44 | 129.45 |
| AZ State Income Tax | -15.84 | 126.99 |

**Other**
| | this period | year to date |
|---|---|---|
| Dental | -9.59* | 67.13 |
| Life - A T | -18.48 | 129.22 |
| Life - Depnd | -1.50 | 10.50 |
| Life A D D-A T | -5.82 | 40.74 |
| Medical | -96.35* | 674.45 |
| St Dis | -3.23 | 22.61 |
| Vision | -5.07* | 35.49 |

Net Pay: [shaded]

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,271.28
Your AZ taxable wages this period are $1,271.28

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Personal Balance | | 7.00 |
| Sick Balance | | 12.97 |
| Vac Over Max | | 16.52 |
| Vacation Balance | | 82.00 |

© 1998, 2006 ADP, Inc. All Rights Reserved

▲ TEAR HERE

| Aragon, Amilda | | | | | | Biweekly | | | 03/13/2009 | 03/28/2009 | 79460318B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | | | | | | Pay Cycle | | | End Date | Pay Date | Check Number |

### EARNINGS

| | Reg Units | O/T Units | Rate | Amt | Over time | Period | FTD | YTD |
|---|---|---|---|---|---|---|---|---|
| General Helper 12 Month | 40.00 | 0.00 | 8.20 | 368.00 | 0.00 | ... | 7,324.55 | 2,869.60 |
| Other Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 17.87 | 0.00 |
| **EARNINGS Total:** | | | | | | | 7,324.55 | 2,869.60 |

### EMPLOYEE DEDUCTIONS

| | Amount | FTD | YTD |
|---|---|---|---|
| AFHS LT Disability - Cancelled | | 1.64 | 17.90 |
| ASRS Retirement - Cancelled | | 52.94 | 230.99 |
| Social Security - FICA | | 22.82 | 160.02 |
| Social Security - Medicare | | 5.34 | 37.44 |
| **DEDUCTIONS Total:** | | 82.74 | 441.34 |

### LEAVE ACCUMULATED

| | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| Paid Time Off - Hourly employee | 11.19 | 43.28 | 36.13 | 0.00 | 4.00 |
| Vacation - Hourly Employee | 8.24 | 12.09 | 27.86 | 0.00 | 23.22 |

### LEAVE CURRENT

| | Used | Accr | Adj |
|---|---|---|---|
| Paid Time Off - Hourly employee | 8.00 | 1.15 | 0.00 |
| Vacation - Hourly Employee | 0.00 | 1.14 | 0.00 |

### EMPLOYER PAID BENEFITS

| | Amount | FTD | YTD |
|---|---|---|---|
| AFHS LT Disability - Cancelled | | 1.84 | 12.89 |
| Adult Retirement - Cancelled | | 52.94 | 230.99 |
| Social Security - FICA | | 22.82 | 160.02 |
| Social Security - Medicare | | 5.34 | 37.44 |
| Workers Comp High Risk | | 18.14 | 134.22 |
| **BENEFITS Total:** | | 82.08 | 575.86 |

TOTAL: $305.08

| Aragon, Armeda | | | | | 03/27/2009 | 04/09/2009 | Biweekly | 21 | 794603355 |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | | | | | End Date | Pay Date | Pay Cycle | Period | Check Number |

### EARNINGS

| | Reg Units | O/T Units | Rate | Amt | Over time | FTD | YTD |
|---|---|---|---|---|---|---|---|
| Descriptor 12 Month | 46.24 | 0.50 | 8.00 | 370.30 | 0.00 | 7,676.98 | 2,340.90 |
| Other Action | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.00 | 0.00 |

**EARNINGS Total:** 370.30    7,664.63    2,350.90

### EMPLOYEE DEDUCTIONS

| | Amount | YTD |
|---|---|---|
| ASRS LT Disability - Classified | 1.48 | 14.75 |
| ASRS Retirement - Classified | 33.14 | 264.13 |
| Social Security - FICA | 22.99 | 182.98 |
| Social Security - Medicare | 5.37 | 42.81 |

**DEDUCTIONS Total:** 62.98    504.46

### LEAVE ACCUMULATED

| | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| Paid Time Off - Hourly employee | 11.10 | 43.25 | 37.00 | 0.00 | 4.85 |
| Vacation - Hourly Employee | 5.34 | 14.00 | 28.53 | 0.00 | 20.78 |

### LEAVE CURRENT

| | Used | Accr | Adj |
|---|---|---|---|
| Paid Time Off - Hourly employee | 0.00 | 1.48 | 0.00 |
| Vacation - Hourly Employee | 0.00 | 1.54 | 0.00 |

### EMPLOYER PAID BENEFITS

| | Amount | YTD |
|---|---|---|
| ASRS L/T Disability - Classified | 1.85 | 14.75 |
| ASRS Retirement - Classified | 33.14 | 264.13 |
| Social Security - FICA | 22.96 | 182.98 |
| Social Security - Medicare | 5.37 | 42.81 |
| Workers Comp Hgh-risk | 16.20 | 162.48 |

**BENEFITS Total:** 82.58    469.14

**TOTAL:** $306.98

MIS

| Aragon, Almeda | | | 04/24/2009 | 05/07/2009 | 7948\03645 |
|---|---|---|---|---|---|
| Employee Name | | | Biweekly | | |
| | | -23 | | | |
| | | Period | End Date | Pay Date | Check Number |
| | | | Pay Cycle | | |

| EARNINGS | Reg Units | O/T Units | Rate | Amt | Over time | FTD | YTD |
|---|---|---|---|---|---|---|---|
| General Helper 12 Month | 40.00 | 0.00 | 9.20 | 368.00 | 0.00 | 8,473.28 | 3,089.90 |
| Other Accrue | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.67 | 0.00 |
| EARNINGS Total: | | | | 368.00 | | 8,490.95 | 3,089.90 |

| EMPLOYEE DEDUCTIONS | Amount | YTD |
|---|---|---|
| ABRB L/T Disability - Classified | 1.84 | 18.48 |
| ASRS Retirement - Classified | 32.84 | 330.00 |
| Social Security - FICA | 27.42 | 276.53 |
| Social Security - Medicare | 6.34 | 63.48 |
| DEDUCTIONS Total: | 67.84 | 15.00 |

| LEAVE ACCUMULATED | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| Paid Time Off - Hourly employee | 11.10 | 45.60 | 40.70 | 0.00 | 6.60 |
| Vacation - Hourly Employee | 9.32 | 12.00 | 32.60 | 0.00 | 29.94 |

| LEAVE CURRENT | Used | Accr | Adj |
|---|---|---|---|
| Paid Time Off - Hourly employee | 0.00 | 0.00 | 0.00 |
| Vacation - Hourly Employee | 0.00 | 1.84 | 0.00 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| ASRS L/T Disabilty - Classified | 1.84 | 18.43 |
| ASRS Retirement - Classified | 32.84 | 330.00 |
| Social Security - FICA | 22.82 | 226.62 |
| Social Security - Medicare | 5.34 | 53.49 |
| Workers Comp High Risk | 19.14 | 191.78 |
| BENEFITS Total: | 82.08 | 872.30 |

TOTAL: 5305.08

MIS

# Earnings Statement

**CSK AUTO, INC.**
645 E. MISSOURI AVE
SUITE 400
PHOENIX, AZ 85012

CO./THR: 019454  FILE DEPT: B80104  CLOCK: 00960  CHECK NUMBER: 0050681327  001-0079

Period Beginning: 04/27/2009
Period Ending: 05/10/2009
Pay Date: 05/15/2009

ARMIDA ARAGON
2620 N 72ND DR
PHOENIX AZ 85035

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  AZ: Tax is 21.8% of Federal

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.8500 | 71.50 | 1,204.78 | 11,492.66 |
| R D C Acc Bn | | | 21.53 | 55.81 |
| Sick | 16.8500 | 8.00 | 134.80 | 635.40 |
| Bonus-Misc | | | | 16.25 |
| D C Acc Bns | | | | 15.75 |
| D C Safety Bn | | | | 63.15 |
| Holiday | | | | 264.00 |
| Merit Incr Bns | | | | 235.62 |
| Personal | | | | 264.00 |
| Vacation | | | | 806.00 |
| **Gross Pay** | | | **$1,361.11** | **13,756.85** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -78.87 | 893.41 |
| | Social Security Tax | -77.51 | 784.10 |
| | Medicare Tax | -18.13 | 183.38 |
| | AZ State Income Tax | -17.28 | 174.24 |
| | Other | | |
| | Dental | -9.59* | 95.90 |
| | Life - A T | -18.46 | 184.60 |
| | Life - Depnd | -1.50 | 15.00 |
| | Life A D D-A T | -5.82 | 58.20 |
| | Medical | -96.35* | 963.50 |
| | St Dis | -3.23 | 32.30 |
| | Vision | -5.07* | 50.70 |
| | **Net Pay** | **$1,029.30** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,250.10
Your AZ taxable wages this period are $1,250.10

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Personal Balanc | | 7.00 |
| Sick Balance | | 4.97 |
| Vac Over Max | | 18.52 |
| Vacation Balanc | | 58.00 |